UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LESTER L. HENDRIX                                                                                  PETITIONER

v.                                     No. 5:16CV00268-JLH-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the order entered this day, the petition for writ of habeas corpus filed by Lester L. Hendrix is dismissed with prejudice.

IT IS SO ORDERED this 31st day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE